July 15, 2014



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

KEN OKORIE AND LINDA OKORIE, Appellants

NO. 14-14-00189-CV                          V.

OCWEN LOAN SERVICING, LLC, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on January 6, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Ken Okorie and Linda Okorie.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.